# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161624(41)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RASHIKA TENEE COLLIER,
       Defendant-Appellant.

SC: 161624
COA: 345826
Kent CC: 18-001809-FC

_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 30, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2020



Clerk